Mary McLaughlin, appellee, v. S. S. Kresge Company and R. E. Sieber, appellants. Gen. No. 39,595.

Opinion filed January 10, 1938.

Robertson, Crowe & Spence, for appellants; Burt A. Crowe, of counsel. Perry B. Brelin, for appellee; Floyd E. Britton and George Landon, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Alexander Sparks et al., v. Chicago Surface Lines. People of the State of Illinois, defendant in error, v. Robert Reeves, plaintiff in error. Gen. No. 39,614.

Opinion filed January 10, 1938.

Maurice R. Kraines, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

William J. McCarthy for use of Margaret M. McCarthy, appellee, v. Chicago Title and Trust Company et al., defendants below. Appeal of William J. Fortune, appellant. Gen. No. 39,623.

Opinion filed January 10, 1938. Rehearing denied January 24, 1938.

McCarthy & Toomey, for appellant; John E. Toomey and James C. O'Brien, Jr., of counsel. Sidney J. and Arthur Wolf, for appellee Margaret M. McCarthy.

.Mr. Justice Matchett delivered the opinion of the court.